In The United States District Court
For The Northern District of Texas
Fort Worth Division

Charlotte Horelica,
        Petitioner

**4-22CV-856-P**

Civil Action No. 4:20-CV-1342-O

V.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 2 3 2022

CLERK, U.S. DISTRICT COURT
By_____MW_____
                Deputy

Warden Smith, FMC,
Carswell,
        Respondent

28 U.S.C. § 2241 Writ of Habeas Corpus;
Re: to Remove Restitution Applied By
The Bureau of Prisons

        Before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, re: to remove restitution applied by the bureau of prisons by petitioner, Charlotte Horelica, a federal prisoner confined at FMC, Carswell, against Warden Smith, warden of FMC, Carswell, Respondent. Petitioner was given an order that petition was dismissed without prejudice until her administrative remedies were exhausted, by Judge Reed O'Connor. Petitioner has exhausted administrative remedies and now returns to proceed with this Court.

        Petitioner did as Judge O'Connor ordered and has unsuccessfully exhausted administrative remedies available to her at FMC, Carswell. Petitioner initially filed a 28 U.S.C. § 2241 due to the bureau of prisons attaching a $10,000 fine to my sentence. Upon petitioner completing the administrative remedies, the $10,000 fine was not removed by reason that; ① The B.O.P thwarted her efforts at every administrative remedy level to resolve this matter by not answering and making/causing her to appeal to the next level so she would not be time barred.

        This leads petitioner to her next point. Petitioner petitioned the Court in which she was sentenced and it was rejected due to being in the Court by reason that; ② Upon petitioner

initally challenging removal of restitution applied by the B.O.P in the Western District in which she was sentenced in 2020, her sentencing judge, Judge Robert Pittman, sent petitioner via the mail, a remote electronic response stating that "This Court is unable to make a decision in regards to relief of inmate financial responsibility payment (or F.R.P) concerning a Justice for Victims of Trafficking Act (or J.V.T.A.) fine, as it was ordered in the jurisdiction in which petitioner is currently housed. Petitioner must address this matter in the district where she is confined at FMC, Carswell."

As a result of specifically receiving that response, petitioner requests that the Court rule that the B.O.P. has erroneously attached a fine to my account that was not ordered by a court, therefore has demonstrated abuse of its discretion in executing my federal sentence. In addition, petitioner requests that this petition be construed as a 2241 or All Writ Habeas.

Conclusion

Due to being unable to find any such order in court documents, petitioner requests that if such an order exists, that she and the Court be provided with a signed certified copy of the order from the Western District County Clerk with Judge Robert Pittman's signature. Petitioner additionally requests any and all monies FMC, Carswell has received for the "J.V.T.A. fine" be reimbursed to her account and the Court rule for the B.O.P. remove the fine as well.

* each level of administrative remedy and its final rejection reason, is attached with this petition*

Respectfully Submitted,

Charlotte Horelica

Inmate Register No. - 75520-380

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: JULY 5, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CHARLOTTE HORELICA, 75520-380
      CARSWELL FMC     UNT: UNIT 2     QTR: I04-250U
      P.O. BOX 27066
      FORT WORTH,  TX 76127

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1113158-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : JUNE 21, 2022
SUBJECT 1       : INMATE FINANCIAL RESPONSIBILITY
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

RECEIVED AUG - 2 2022

CRW 1330.17
August 20, 2012
Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 13360.17, Administrative Remedy Program, (August 20, 2012), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

| Inmate Name | Charlotte Horelica | Register Number | 75520-380 |
|---|---|---|---|

1. Briefly state your complaint, include all details and facts which support your request and the date on which the basis for the complaint occurred. I am doing my administrative remedy as requested by Judge Reed O'Connor for relief of my F.R.P.

2. Briefly state the action your request to resolve your complaint. To be relieved of paying any further on my F.R.P.

3. Briefly state the action(s) you have taken and with whom you have spoken to resolve your complaint. Initially, I filed a motion of writ of habeas corpus with the Northern District I then began admin. remedy. I spoke to Judge Reed O'Connor & Warden Carr.

4. GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.

***************************************TO BE COMPLETED BY STAFF***************************************

Date Received by Counselor for Response 11/9/22

5. Summary of investigation (place response on this form): Per her J&C she was ordered to pay a 200 assessment +$5000 for each count (total of 10,000) for the Justice for Victims of Trafficking Act of 2015. She has paid her assessment in full & is currently paying $25/quarter on her fine ($9700 remaining) She currently has $400.52 in her Trust Acct. & has a 6 month dposit of $55520.

6. What actions were taken to resolve this matter informally (place response on this form): Not resolved still have FRP.

7. Explain reasons for no resolution (place response on this form): No resolution still have FRP to pay

Date Issued BP 8.5 12/21/21          Unit Team Member: S

Date Inmate Returned BP 8.5 1/9/22          Unit Team Member: S

Date Investigation on BP 8.5 Completed and BP-9 (BP229(13) issued: 3/1/22

Date & Unit Manager/Camp Administrator Signature:_____

On _____ (date), this issue was informally resolved.

_____          _____
Inmate Signature                                        Date

Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing. (2) If complaint is NOT informally resolved, for the original (attached to BP-9 form) to the BP-9 Coordinator's box in the Warden's Office

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Horelica, Charlotte A. 25oL  75520-380   2South   FMC, Carswell
<u>LAST NAME, FIRST, MIDDLE INITIAL</u>          <u>REG. NO.</u>       <u>UNIT</u>        <u>INSTITUTION</u>

**Part A- INMATE REQUEST** The BOP has imposed a $10,000 fine, $5,000 for each charge, on me for unknown reasons and is taking money from my account at $25 a quarter. I was never sentenced to a fine or restitution. Please fix my account. I have paid my $200 FRP assessment in full. Please refund my $400.52 that was erroneously taken from my account.

3/6/22
<u>DATE</u>

C. Horelica
<u>SIGNATURE OF REQUESTER</u>

**Part B- RESPONSE**

_____ DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                          CASE NUMBER: _____

                                                        CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____

U.S. Department of Justice

Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: __Horelica, Charlotte A.__   __75520-380__   __2.South__   __FMC, Carswell__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL  The B.O.P. has imposed a $10,000 fine, $5,000 for each charge, on me for unknown reasons and is taking money from my account at $25 a quarter. I was never sentenced to pay a fine or restitution Please fix my account. I have paid my $200 FRP assessment in full. Please refund my $400.52 that was erroneously taken from my account

C. Horelica
_____
SIGNATURE OF REQUESTER

_____
DATE

Part B—RESPONSE

RECEIVED

APR 13 2022

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

_____
DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

REGIONAL DIRECTOR

CASE NUMBER: __1113150-R1__

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

USP LVN    DATE    Previous editions not usable    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP–230(13)
APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: **Horelica, Charlotte A.**     **75520380**     **2South**     **FMC, Carswell**
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A—REASON FOR APPEAL  Due to my BP9 and BP10 going unsigned and unanswered by both the Warden and Region, I am now proceeding with this final step in the administrative remedy process. As such, the B.O.P. has imposed a $10,000 fine, $5,000 for each charge, on my sentence, for unknown reasons, and taking money from my account at $25 a quarter. I was never sentenced to pay a fine or restitution. Please fix my account. I have paid my $200 FRP assessment in full. Please refund my $425.52 (current to date) that was erroneously taken from my account.

**6-18-22**
DATE

**C. Horelica**
SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED
JUN 21 2022
Administrative Remedy Section
Federal Bureau of Prisons

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: **1113158**

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP–231(13)
APRIL 1982
USP LVN

Charlotte Horelica
75520-380 Unit 2 South
FMC, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
20 SEP 2022   PM 3   L



United States District Court
Office of the Clerk
Northern District of Texas
501 West Tenth St., Room 310
Ft. Worth, TX 76102

RECEIVED

SEP 23 2022

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-975999